No. 91–6725. O'BRIEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–6727. FUSSELL v. PRICE. C. A. 5th Cir. Certiorari denied.

No. 91–6728. MICHEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6729. LONG v. PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 91–6730. PRICE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6731. DOWELL v. BRUNSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–6733. LEDBETTER v. WEST SACRAMENTO POLICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–6735. LAVOLD v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91–6736. FOREMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–6737. GIBBS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–6738. SUAREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6739. ASSET ET VIR v. HAHN ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–6740. BONNELL v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 91–6741. JONES v. PUCKETT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 91–6743. ANGLIN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.